Carlos V. De La O
TDCJ No. 1111343
Alfred D. Hughes Unit
Rt 2, Box 4400
Gatesville, Texas 76597

405.720.05

December 17, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 2 2 2015

Abel Acosta, Clerk

Abel Acosta
Clerk
Court of Criminal Appeals
P.O Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk;

On October 20, 2015, The District Clerk of Bexar County received my writ of habeas corpus and forwarded it to the District Attorney of Bexar County, Texas, on October 28, 2015.

On November 9, 2015, the District Attorney filed a responce with the trial court. November 30, 2015 would be the time limit for the trial court to suspend the time limits requirements according to the Code of Criminal Procedure.

Has the Court of Criminal Appeals recevied my 11.07 Writ of Habeas Corpus filed October 20, 2015 of this year. I've yet to receieve notice by this Court.

Sincerely,

Carlos V. De La O, Pro Se